IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

    Plaintiff,

v.                                  CASE NO. 4:06cv401-RH/WCS

MARTY WEST, et al.,

    Defendants.

_____/

## ORDER DENYING MOTION TO AMEND

    This matter is before the court on the report and recommendation entered May 1, 2008 (document 94) and the plaintiff's objections (document 97). In the objections, the plaintiff also seems to object to the order entered May 1, 2008 (document 93). I have reviewed *de novo* the issues raised by the objections to the report and recommendation. I have reviewed the objections to the order to determine whether it was "clearly erroneous or contrary to law." *See* Fed. R. Civ. P. 72; 28 U.S.C. § 636(b)(1)(A).

    The background of this matter is set forth not only in the report and recommendation now under review but also in the order entered July 5, 2007

(document 36).  As set forth in the report and recommendation, it is time to bring this matter to trial.  And it is long past time to be adding new defendants against whom the statute of limitations has run.  Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The plaintiff's motion for leave to amend (document 82) is DENIED.  The objections to the order entered May 1, 2008, are overruled.  This matter is remanded to the magistrate judge for further proceedings.

    SO ORDERED this 1st day of June, 2008.

                            s/Robert L. Hinkle
                            Chief United States District Judge